IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>CLARA OXLEY RIVAS, *et al*.,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 16-04712 |

# ORDER

**AND NOW**, this 9th day of December, 2016, upon consideration of Plaintiff Midland National Life Insurance Co.'s Complaint (ECF No. 1), Midland's Motion to Deposit Funds (ECF No. 3), and Defendant Calvin Clidy's Answer and Affirmative Defenses (ECF No. 11), it is hereby **ORDERED** that:

1. Midland's Motion to Deposit Funds (ECF No. 3) is **DENIED without prejudice**;

2. Midland shall file a motion to deposit funds and an amended complaint consistent with the requirements discussed in this opinion on or before **January 9, 2017**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.